# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, | Case No. 8:13cv225 |
| Plaintiff, | |
| vs. | ORDER |
| SHAWN D. BUCHANAN and HOWARD L. NEUHAUS, | |
| Defendants. | |

This case is before the court on the parties' Amended Rule 26(f) Report (#50). After review of the report,

**IT IS ORDERED:**

1. The stay previously entered in this case is hereby lifted.

2. A telephonic planning conference with the undersigned magistrate judge will be held on **December 29, 2014, at 10:00 A.M.**, for the purpose of reviewing the preparation of the case and setting the case for trial. Plaintiff's counsel shall initiate the call to the court at 402-661-7340.

Dated this 15th day of December 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge