IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY, LLC, | ) ) ) | Case No. 8:13CV225 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| SHAWN D. BUCHANAN and HOWARD L. NEUHAUS, | ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Joel Carney, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **January 19, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference before the undersigned set for March 21, 2016, is cancelled upon the representation that this case is settled.

Dated: December 18, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge