# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FORD MOTOR CREDIT COMPANY LLC,**<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**SHAWN D. BUCHANAN, AND HOWARD L. NEUHAUS,**<br><br>　　　　　　Defendants. | 8:13CV225<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation for Dismissal (Filing No. 80). The Joint Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 80) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 31st day of May, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge